# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH ROYBAL,<br><br>        Plaintiff<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No: 2:21-cv-09170-MAA<br><br>[PROPOSED] JUDGMENT |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: September 29, 2022

_____
THE HONORABLE MARIA A. AUDERO
United States Magistrate Judge

-1-