Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Michael Roybal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROYBAL, | ) No. 2:21-cv-09170-MAA |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY DOLLARS and NO CENTS ($4,850.00), and costs under 28 U.S.C. §1920, in the

/ / /

/ / /

/ / /

/ / /

1

1 | amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00),
2 | subject to the terms of the above-referenced Stipulation.

Dated: November 21, 2022

_____

THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE